# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED MARCH 28, 2014

---

### NO. 03-14-00104-CR

---

**Brendon Bolsins, Appellant**

**v.**

**The State of Texas, Appellee**

---

### APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED -- OPINION BY JUSTICE PEMBERTON

---

This is an appeal from the order entered by the district court. Having reviewed the record, it appears that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.